# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
§ 
§ 
POWERS, JUDITH M. § Case No. 13-43809
§ 
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/11/2013 . The undersigned trustee was appointed on 11/11/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 165,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 22,551.62 |
| Bank service fees | | 17.37 |
| Other payments to creditors | | 82,161.07 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 45,269.94 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  06/15/2015  and the deadline for filing governmental claims was  06/15/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,500.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 9,971.67 , for a total compensation of $ 9,971.67 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 123.45 , for total expenses of $ 123.45 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  09/30/2015                              By:/s/JOSEPH E. COHEN
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Case 13-43809  Doc 87  Filed 11/02/15  Entered 11/02/15 14:52:55  Desc Main
Document  Page 3 of 10

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 13-43809  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | POWERS, JUDITH M. | Date Filed (f) or Converted (c): | 11/11/13 (f) |
| | | 341(a) Meeting Date: | 12/12/13 |
| For Period Ending: | 11/02/15 | Claims Bar Date: | 06/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Townhouse 1021 Courtland Drive Buffalo Grove, IL 6 | 77,000.00 | 0.00 | | 165,000.00 | FA |
| 2. Financial Accounts  Checking Account BMO Harris | 700.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts  Money Market BMO Harris | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods  T.V., & Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel  Normal Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry  Furs, Expensive Clothing and Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies  Life Insurance Policies Term Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 8. Pension / Profit Sharing  ERISA Qualified Annuities | 28,490.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles  2002 Chevrolet Cavalier | 1,800.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $112,290.00        $0.00        $165,000.00        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS PREPARING HIS TFR TO SUBMIT TO UST - Sept. 29, 2015. TRUSTEE HAS FILED MOTION TO SELL PROPERTY - June 30, 2015. NO CHANGE - April 30, 2015. TRUSTEE FILING MOTION TO EMPLOY BROKER - Jan. 17, 2015. TRUSTEE IS INVESTIGATING VALUE OF REAL ESTATE OWNED BY THE DEBTOR - April 30, 2014. TRUSTEE IS MEETING WITH BROKER TO DETERMINE VALUE OF PROPERTY - July 16, 2014. TRUSTEE BELIEVES THERE IS EQUITY AND WILL EMPLOY A BROKER - Oct. 25, 2014.

**FORM 1**

Case 13-43809  Doc 37  Filed 11/02/15  Entered 11/02/15 14:52:55  Desc Main
Document      Page 4 of 10

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| | | |
|---|---|---|
| Case No: | 13-43809  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | POWERS, JUDITH M. | Date Filed (f) or Converted (c): 11/11/13 (f) |
| | | 341(a) Meeting Date: 12/12/13 |
| | | Claims Bar Date: 06/15/15 |

Initial Projected Date of Final Report (TFR): 01/31/16    Current Projected Date of Final Report (TFR): 01/31/16

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 13-43809 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | POWERS, JUDITH M. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6298 Checking Account |
| Taxpayer ID No: | *******9041 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/15 | 1 | CHICAGO TITLE & TRUST CO. | SALE OF REAL ESTATE | | 45,287.31 | | 45,287.31 |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount: 165,000.00 | 1110-000 | | | |
| | | | SALE OF REAL ESTATE | | | | |
| | | GREEN TREE SERVICING | Memo Amount: ( 65,982.90 ) | 4110-000 | | | |
| | | | FIRST MORTGAGE | | | | |
| | | BANK OF AMERICA | Memo Amount: ( 16,178.17 ) | 4110-000 | | | |
| | | | SECOND MORTGAGE | | | | |
| | | JUDITH M. POWERS | Memo Amount: ( 15,000.00 ) | 8100-000 | | | |
| | | | HOMESTEAD | | | | |
| | | COLDWELL BANKER | Memo Amount: ( 10,395.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISIONS | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount: ( 6,017.66 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | MISCELLANEOUS | Memo Amount: ( 6,138.96 ) | 2500-000 | | | |
| | | | CREDITS & OTHER SETTLEMENT CHARGES | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.37 | 45,269.94 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 165,000.00 | COLUMN TOTALS | | 45,287.31 | 17.37 | 45,269.94 |
| | Memo Allocation Disbursements: | 119,712.69 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 45,287.31 | 17.37 | |
| | Memo Allocation Net: | 45,287.31 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 45,287.31 | 17.37 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 165,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 119,712.69 | Checking Account - *******6298 | | 45,287.31 | 17.37 | 45,269.94 |
| | Total Memo Allocation Net: | 45,287.31 | | | 45,287.31 | 17.37 | 45,269.94 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | | Page Subtotals | | 45,287.31 | 17.37 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-43809 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | POWERS, JUDITH M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6298 Checking Account |
| Taxpayer ID No: | *******9041 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - *******6298 | | Transfers) | To Debtors) | On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 30, 2015 |
|---|---|---|---|---|---|---|

Case Number: 13-43809  
Debtor Name: POWERS, JUDITH M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $10,095.12 | $10,095.12 |
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,973.00 | $4,973.00 |
| 001<br>3210-60 | PATINKIN & PATINKIN LTD.<br>Special Counsel<br>89 Lincolnwood Road<br>Highland Park, IL 60035 | Administrative | | $0.00 | $3,960.00 | $3,960.00 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,593.86 | $1,593.86 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $734.84 | $734.84 |
| 000003<br>070<br>7100-00 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $0.00 | $4,609.43 | $4,609.43 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $1,281.58 | $1,281.58 |
| 000005<br>070<br>7100-00 | Synchrony Bank<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $2,929.15 | $2,929.15 |
| | Case Totals: | | | $0.00 | $30,176.98 | $30,176.98 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-43809
Case Name: POWERS, JUDITH M.
Trustee Name: JOSEPH E. COHEN

      Balance on hand                                                               $        45,269.94

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 9,971.67 | $ 0.00 | $ 9,971.67 |
| Trustee Expenses: JOSEPH E. COHEN | $ 123.45 | $ 0.00 | $ 123.45 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 4,797.00 | $ 0.00 | $ 4,797.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 176.00 | $ 0.00 | $ 176.00 |
| Other: PATINKIN & PATINKIN LTD. Special Counsel | $ 3,960.00 | $ 0.00 | $ 3,960.00 |

    Total to be paid for chapter 7 administrative expenses         $     19,028.12

    Remaining Balance                                                     $     26,241.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,148.86 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 1,593.86 | $ 0.00 | $ 1,593.86 |
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 734.84 | $ 0.00 | $ 734.84 |
| 000003 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | $ 4,609.43 | $ 0.00 | $ 4,609.43 |
| 000004 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 1,281.58 | $ 0.00 | $ 1,281.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 2,929.15 | $ 0.00 | $ 2,929.15 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,148.86 |
| | Remaining Balance | | | $ 15,092.96 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 24.62 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The Debtor, Judith M. Powers will receive surplus funds in the amount of $15,068.34