# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
         §
POWERS, JUDITH M.  §   Case No. 13-43809
         §
     Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 12/04/2015 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                        Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
POWERS, JUDITH M. § Case No. 13-43809
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 165,000.00 |
| and approved disbursements of | $ | 119,730.06 |
| leaving a balance on hand of[1] | $ | 45,269.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 9,971.67 | $ 0.00 | $ 9,971.67 |
| Trustee Expenses: JOSEPH E. COHEN | $ 123.45 | $ 0.00 | $ 123.45 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 4,797.00 | $ 0.00 | $ 4,797.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 176.00 | $ 0.00 | $ 176.00 |
| Other: PATINKIN & PATINKIN LTD. Special Counsel | $ 3,960.00 | $ 0.00 | $ 3,960.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 19,028.12 |
| Remaining Balance | | $ | 26,241.82 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,148.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 1,593.86 | $ 0.00 | $ 1,593.86 |
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 734.84 | $ 0.00 | $ 734.84 |
| 000003 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | $ 4,609.43 | $ 0.00 | $ 4,609.43 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 1,281.58 | $ 0.00 | $ 1,281.58 |
| 000005 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 2,929.15 | $ 0.00 | $ 2,929.15 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,148.86 |
| | Remaining Balance | | | $ 15,092.96 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 24.62 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The Debtor, Judith M. Powers will receive surplus funds in the amount of $15,068.34.

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 13-43809-ABG
Judith M. Powers                                                        Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: mflowers              Page 1 of 2                   Date Rcvd: Nov 12, 2015
                              Form ID: pdf006             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2015.
db           #+Judith M. Powers,    1021 Courtland Drive,    Buffalo Grove, IL 60089-1186
aty           +Gina B. Krol,   Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
21207465      +Aspire,   PO Box 105555,    Atlanta, GA 30348-5555
21207466     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank of America,    4161 Piedmont Pkwy.,   Greensboro, NC 27410)
21207468      +Bank of America,    Bankruptcy Department,    CA6-919-0241, PO Box 5170,
                Simi Valley, CA 93062-5170
21207469      +Brian Powers,    868 Cambridge,    Wheeling, IL 60090-2614
23161302       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
21207470      +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
21207471       Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
21207472      +Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
21207474     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:    Dell Financial,    PO Box 6403,    Carol Stream, IL 60197)
21207476      +Dell Financial Services WEB Bank,    PO Box 81607,    Austin, TX 78708-1607
21207478       FNB Ohio Akron,    3 Cascade Plz, Ste. 3,    Akron, OH 44308-1124
21207477       First Merit Bank,    3 Cascade Plaza, CAS36,    Akron, OH 44308-1103
21207480      +GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
21207481      +Green Tree Home Mortgage,    PO Box 6172,    Rapid City, SD 57709-6172
21207483      +Illinois State Toll Highway Authori,    2700 Ogden Ave,    Downers Grove, IL 60515-1703
21207485       Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
21207484      +Illinois Tollway,    ATTN: Violation Administration Cent,    2700 Ogden Ave.,
                Downers Grove, IL 60515-1703
21207486      +Illinois Tollway Authority,    c/o Arnold Scott Harris,    111 W. Jackson, Ste. 400,
                Chicago, IL 60604-4135
21207487     #+J.M. Adjustment Services, LLC,    16600 18 Mile Rd.,    Clinton Township, MI 48038-4539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21207473       E-mail/Text: creditonebknotifications@resurgent.com Nov 13 2015 02:58:18     Credit One Bank,
                PO Box 98872,    Las Vegas, NV 89193-8872
21207479       E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:15:17     GECRB/SAMS,    PO Box 965005,
                Orlando, FL 32896-5002
21207482      +E-mail/Text: egssupportservices@egscorp.com Nov 13 2015 03:00:18
                Illinois State Toll Highway Authori,    c/o NCO Financial Systems, Inc.,
                600 Holiday Plaza Drive, Ste 300,    Matteson, IL 60443-2238
23330665      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2015 03:15:38
                PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,   Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
21207488       E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:33:16     Sam's Club,    PO Box 981064,
                El Paso, TX 79998-1064
23368918       E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:12:46     Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21207467*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank of America,    PO Box 982235,   El Paso, TX 79998-2235)
21207475*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:    Dell Financial Services,    PO Box 81577,   Austin, TX 78708-1577)
23330664*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:    Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Nov 12, 2015
                              Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2015 at the address(es) listed below:
              David M Siegel    on behalf of Debtor Judith M. Powers davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Spec. Counsel Richard E Patinkin jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Josephine J Miceli    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Presidential Mortgage Company
               Jo@johnsonblumberg.com
              Kenneth W Bach    on behalf of Creditor   Green Tree Servicing LLC kennethb@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 9
```