UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:  §
 §
POWERS, JUDITH M.  §  Case No. 13-43809
 §
 Debtor  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

 JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 50,890.00 |
| Total Distributions to Claimants:  93,335.26 | Claims Discharged<br>Without Payment:  16,411.00 |
| Total Expenses of Administration:  41,597.11 | |

 3) Total gross receipts of $ 165,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,067.63  (see **Exhibit 2**), yielded net receipts of $ 134,932.37  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 65,164.00 | $ 82,161.07 | $ 82,161.07 | $ 82,161.07 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 41,597.11 | 41,597.11 | 41,597.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,472.00 | 11,148.86 | 11,148.86 | 11,174.19 |
| **TOTAL DISBURSEMENTS** | $ 91,636.00 | $ 134,907.04 | $ 134,907.04 | $ 134,932.37 |

4) This case was originally filed under chapter 7 on 11/11/2013 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/18/2016     By:/s/JOSEPH E. COHEN
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 165,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 165,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JUDITH M. POWERS | Exemptions | 8100-000 | 15,000.00 |
| JUDITH POWERS | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 15,067.63 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,067.63** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 4161 Piedmont Pkwy. Greensboro, NC 27410 | | 15,081.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree Home Mortgage PO Box 6172 Rapid City, SD 57709 | | 50,083.00 | NA | NA | 0.00 |
| | BANK OF AMERICA | 4110-000 | NA | 16,178.17 | 16,178.17 | 16,178.17 |
| | GREEN TREE SERVICING | 4110-000 | NA | 65,982.90 | 65,982.90 | 65,982.90 |
| **TOTAL SECURED CLAIMS** | | | **$ 65,164.00** | **$ 82,161.07** | **$ 82,161.07** | **$ 82,161.07** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 9,971.67 | 9,971.67 | 9,971.67 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 123.45 | 123.45 | 123.45 |
| MISCELLANEOUS | 2500-000 | NA | 6,138.96 | 6,138.96 | 6,138.96 |
| ASSOCIATED BANK | 2600-000 | NA | 17.37 | 17.37 | 17.37 |
| LAKE COUNTY TREASURER | 2820-000 | NA | 6,017.66 | 6,017.66 | 6,017.66 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 3,198.00 | 3,198.00 | 3,198.00 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,599.00 | 1,599.00 | 1,599.00 |
| COHEN & KROL, ATTORNEYS | 3120-000 | NA | 176.00 | 176.00 | 176.00 |
| PATINKIN & PATINKIN LTD. SPECIAL CO | 3210-600 | NA | 3,960.00 | 3,960.00 | 3,960.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COLDWELL BANKER | 3510-000 | NA | 10,395.00 | 10,395.00 | 10,395.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 41,597.11 | $ 41,597.11 | $ 41,597.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aspire PO Box 105555 Atlanta, GA 30348 | | 701.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 3,441.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Serv PO Box 15298 Wilmington, DE 19850 | | 1,456.00 | NA | NA | 0.00 |
| | FNB Ohio Akron 3 Cascade Plz, Ste. 3 Akron, OH 44308-1124 | | 10,318.00 | NA | NA | 0.00 |
| | Illinois State Toll Highway Authori c/o NCO Financial Systems, Inc. 600 Holiday Plaza Drive, Ste 300 Matteson, IL 60443 | | 212.00 | NA | NA | 0.00 |
| | Illinois Tollway Authority c/o Arnold Scott Harris 111 W. Jackson, Ste. 400 Chicago, IL 60604 | | 283.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,459.00 | 1,593.86 | 1,593.86 | 1,593.86 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 656.00 | 734.84 | 734.84 | 734.84 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DELL FINANCIAL SERVICES, LLC | 7100-000 | 4,030.00 | 4,609.43 | 4,609.43 | 4,609.43 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 1,138.00 | 1,281.58 | 1,281.58 | 1,281.58 |
| 000005 | SYNCHRONY BANK | 7100-000 | 2,778.00 | 2,929.15 | 2,929.15 | 2,929.15 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 5.29 |
| | DELL FINANCIAL SERVICES, LLC | 7990-000 | NA | NA | NA | 10.47 |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7990-000 | NA | NA | NA | 2.91 |
| | SYNCHRONY BANK | 7990-000 | NA | NA | NA | 6.66 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 26,472.00 | $ 11,148.86 | $ 11,148.86 | $ 11,174.19 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-43809 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | POWERS, JUDITH M. | | | Date Filed (f) or Converted (c): | 11/11/13 (f) |
| | | | | 341(a) Meeting Date: | 12/12/13 |
| For Period Ending: | 10/18/16 | | | Claims Bar Date: | 06/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Townhouse 1021 Courtland Drive Buffalo Grove, IL 6 | 77,000.00 | 0.00 | | 90,574.62 | FA |
| 2. Financial Accounts | 700.00 | 0.00 | | 0.00 | FA |
| Checking Account BMO Harris | | | | | |
| 3. Financial Accounts | 1,000.00 | 0.00 | | 0.00 | FA |
| Money Market BMO Harris | | | | | |
| 4. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| T.V., & Furniture | | | | | |
| 5. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| Normal Apparel | | | | | |
| 6. Furs and Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| Furs, Expensive Clothing and Jewelry | | | | | |
| 7. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Life Insurance Policies Term Death Benefit Only | | | | | |
| 8. Pension / Profit Sharing | 28,490.00 | 0.00 | | 0.00 | FA |
| ERISA Qualified Annuities | | | | | |
| 9. Vehicles | 1,800.00 | 0.00 | | 0.00 | FA |
| 2002 Chevrolet Cavalier | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $112,290.00 | $0.00 | | $90,574.62 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED TFR AND MADE A DISTRIBUTION TO CREDITORS - 01/20/16. SALE OF PROPERTY HAS CLOSED Oct. 31, 2015.

Case 13-43809   Doc 48   Filed 11/03/16   Entered 11/03/16 14:40:03   Desc Main
Document      Page 9 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-43809   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | POWERS, JUDITH M. | Date Filed (f) or Converted (c): | 11/11/13 (f) |
| | | 341(a) Meeting Date: | 12/12/13 |
| | | Claims Bar Date: | 06/15/15 |

TRUSTEE WAITING FOR SALE OF PROPERTY - April 30, 2015. TRUSTEE HAS FILED MOTION TO SELL PROPERTY - June 30, 2015. NO CHANGE - April 30, 2015. TRUSTEE FILING MOTION TO EMPLOY BROKER - Jan. 17, 2015. TRUSTEE IS INVESTIGATING VALUE OF REAL ESTATE OWNED BY THE DEBTOR - April 30, 2014. TRUSTEE IS MEETING WITH BROKER TO DETERMINE VALUE OF PROPERTY - July 16, 2014. TRUSTEE BELIEVES THERE IS EQUITY AND WILL EMPLOY A BROKER - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 01/31/16     Current Projected Date of Final Report (TFR): 01/31/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-43809 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | POWERS, JUDITH M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6298 Checking Account |
| Taxpayer ID No: | *******9041 | | |
| For Period Ending: | 10/18/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/15 | 1 | CHICAGO TITLE & TRUST CO. | SALE OF REAL ESTATE | | 45,287.31 | | 45,287.31 |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount: 165,000.00 | 1110-000 | | | |
| | | | SALE OF REAL ESTATE | | | | |
| | | GREEN TREE SERVICING | Memo Amount: ( 65,982.90 ) | 4110-000 | | | |
| | | | FIRST MORTGAGE | | | | |
| | | BANK OF AMERICA | Memo Amount: ( 16,178.17 ) | 4110-000 | | | |
| | | | SECOND MORTGAGE | | | | |
| | | JUDITH M. POWERS | Memo Amount: ( 15,000.00 ) | 8100-000 | | | |
| | | | HOMESTEAD | | | | |
| | | COLDWELL BANKER | Memo Amount: ( 10,395.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISIONS | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount: ( 6,017.66 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | MISCELLANEOUS | Memo Amount: ( 6,138.96 ) | 2500-000 | | | |
| | | | CREDITS & OTHER SETTLEMENT CHARGES | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.37 | 45,269.94 |
| 12/04/15 | 300001 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 10,095.12 | 35,174.82 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees 9,971.67 | 2100-000 | | | |
| | | | Expenses 123.45 | 2200-000 | | | |
| 12/04/15 | 300002 | COHEN & KROL, Attorneys | Attorney for Trustee fees | | | 3,374.00 | 31,800.82 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees 3,198.00 | 3110-000 | | | |
| | | | Expenses 176.00 | 3120-000 | | | |
| 12/04/15 | 300003 | JOSEPH E. COHEN, Attorney | Attorney for Trustee fees | 3110-000 | | 1,599.00 | 30,201.82 |
| 12/04/15 | 300004 | PATINKIN & PATINKIN LTD. Special Counsel | Special Counsel for Trustee | 3210-600 | | 3,960.00 | 26,241.82 |

Page Subtotals 45,287.31 19,045.49

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-43809 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | POWERS, JUDITH M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6298  Checking Account |
| Taxpayer ID No: | *******9041 | | |
| For Period Ending: | 10/18/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 89 Lincolnwood Road<br>Highland Park, IL 60035 | Special Counsel for Trustee Fees | | | | |
| 12/04/15 | 300005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 100.22712% | | | 1,597.48 | 24,644.34 |
| | | | Claim       1,593.86 | 7100-000 | | | |
| | | | Interest         3.62 | 7990-000 | | | |
| 12/04/15 | 300006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 100.22726% | | | 736.51 | 23,907.83 |
| | | | Claim         734.84 | 7100-000 | | | |
| | | | Interest         1.67 | 7990-000 | | | |
| 12/04/15 | 300007 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000003, Payment 100.22714% | | | 4,619.90 | 19,287.93 |
| | | | Claim       4,609.43 | 7100-000 | | | |
| | | | Interest        10.47 | 7990-000 | | | |
| 12/04/15 | 300008 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 100.22706% | | | 1,284.49 | 18,003.44 |
| | | | Claim       1,281.58 | 7100-000 | | | |
| | | | Interest         2.91 | 7990-000 | | | |
| 12/04/15 | 300009 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120 | Claim 000005, Payment 100.22737%<br>(5-1) Sam's ClubPersonalCredit or<br>GEMB or GECRB | | | 2,935.81 | 15,067.63 |

Page Subtotals          0.00      11,174.19

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-43809 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | POWERS, JUDITH M. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6298 Checking Account |
| Taxpayer ID No: | *******9041 | | | |
| For Period Ending: | 10/18/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/16 | 300010 | Miami FL 33131-1605<br><br>JUDITH POWERS<br>837 E. LILLY LANE, #1<br>PALATINE, IL 60074 | Claim          2,929.15<br>Interest         6.66<br>Surplus to Debtor<br>Surplus to Debtor | 7100-000<br>7990-000<br>8200-000 | | 15,067.63 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 165,000.00 | COLUMN TOTALS | | 45,287.31 | 45,287.31 | 0.00 |
| Memo Allocation Disbursements: | 119,712.69 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 45,287.31 | 45,287.31 | |
| Memo Allocation Net: | 45,287.31 | Less: Payments to Debtors | | | 15,067.63 | |
| | | Net | | 45,287.31 | 30,219.68 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 165,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE | |
| Total Allocation Disbursements: | 119,712.69 | Checking Account - *******6298 | 45,287.31 | 30,219.68 | 0.00 | |
| Total Memo Allocation Net: | 45,287.31 | | 45,287.31 | 30,219.68 | 0.00 | |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand | |

Page Subtotals        0.00        15,067.63

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*